# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HANGZHOU QIANMAI ELECTRONIC COMMERCE CO., LTD. d/b/a YNM,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>BEARABY INC. and SOMNOS, LLC d/b/a BEARABY, LLC,<br><br>Defendants/Counterclaim-Plaintiffs. | Civil Action No.: 24-958-CFC<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF HANGZHOU QIANMAI ELECTRONIC COMMERCE CO., LTD.'S MOTION TO DISMISS DEFENDANTS BEARBY INC. AND SOMOS, LLC'S COUNTERCLAIMS

Plaintiff/Counterclaim-Defendant Hangzhou Qianmai Electronic Commerce Co., Ltd. b/d/a YNM ("Plaintiff") hereby respectfully moves the Court to dismiss Defendants Bearaby, Inc. and Somnos, LLC d/b/a Bearaby, LLC's (collectively, "Defendants") counterclaims (D.I. 21) pursuant to Fed. R. Civ. P. 12(6) and D. Del. L.R. 7.1.2, on the grounds that the counterclaim patents are invalid for lack of patentable subject matter under 35 U.S.C. § 101.  The bases for Plaintiff's motion are set forth in the accompanying memorandum.

Date: November 7, 2024

| | |
|---|---|
| OF COUNSEL: | BAYARD, P.A. |
| | */s/ Stephen B. Brauerman* |
| James Hopenfeld (*Pro Hac Vice*) | Stephen B. Brauerman (#4952) |
| Yesul Pae (*Pro Hac Vice*) | Ronald P. Golden III (#6254) |
| SINGER LLP | 600 North King Street, Suite 400 |
| 505 Montgomery Street, Suite 1100 | Wilmington, DE 19801 |
| San Francisco, CA 94111 | Tel.: (302) 655-5000 |
| Tel.: (415) 500-6080 | sbrauerman@bayardlaw.com |
| jhopenfeld@singerIP.com | rgolden@bayardlaw.com |
| ypae@singerIP.com | |

*Attorneys for Plaintiff Hangzhou Qianmai Electronic Commerce Co., Ltd. d/b/a YNM*